UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANDERS TRON-HAUKEBO, | CASE NO. 3:24-cv-05195-DGE |
| Plaintiff, | ORDER DISMISSING ACTION |
| v. | |
| WASHINGTON STATE DEPARTMENT OF TRANSPORTATION et al., | |
| Defendants. | |

On March 7, 2024, Plaintiff filed a proposed complaint (Dkt. No. 1-1) accompanied by an incorrect application to proceed *In Forma Pauperis* (IFP).  On March 8, 2024, the Clerk of Court issued a notice of filing deficiency informing Plaintiff that the incorrect Application for IFP was submitted (Dkt. No. 2) and attaching the correct form to the notice (Dkt. No. 2-1).  The Clerk informed Plaintiff that the correct form must be submitted no later than April 8, 2024, and that failure to do so could risk dismissal of the action by the Court.  (Dkt. No. 2.)

As of the date of this order, Plaintiff has not submitted the proper application.  The Court accordingly DISMISSES this case without prejudice.

Dated this 17th day of May 2024.

David G. Estudillo
United States District Judge

ORDER DISMISSING ACTION - 1